No. 03–8837.   Pugh v. Walker, Clerk, Superior Court of Georgia, Dodge County.   C. A. 11th Cir.   Certiorari denied.

No. 03–8838.   Milner v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division.   C. A. 5th Cir.   Certiorari denied.

No. 03–8839.   Barber v. Ohio University et al.   C. A. 6th Cir.   Certiorari denied.

No. 03–8841.   Duest v. Florida.   Sup. Ct. Fla.   Certiorari denied.

No. 03–8842.   Chavis v. Hewlett Packard Co.   C. A. 3d Cir.   Certiorari denied.

No. 03–8845.   Loss v. Lerlerc.   C. A. 6th Cir.   Certiorari denied.

No. 03–8847.   Koch v. Illinois.   App. Ct. Ill., 3d Dist.   Certiorari denied.

No. 03–8849.   Bara v. Butler, Warden.   C. A. 9th Cir.   Certiorari denied.

No. 03–8851.   Brown v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division.   C. A. 5th Cir.   Certiorari denied.

No. 03–8853.   Marian v. Superior Court of California, Ventura County.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 03–8854.   Lovett v. Gundy, Warden, et al.   C. A. 6th Cir.   Certiorari denied.

No. 03–8861.   Burnett v. Thompson, Warden.   C. A. 11th Cir.   Certiorari denied.

No. 03–8865.   Buckner v. Dormire, Superintendent, Missouri State Penitentiary.   C. A. 8th Cir.   Certiorari denied.

No. 03–8872.   Pinson v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division.   C. A. 5th Cir.   Certiorari denied.